ent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

RAISLER HEATING COMPANY, Respondent, v. ELDORADO TOWERS CORPORATION and Others, Defendants, Impleaded with CHARLES GOODMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILL OSBORNE v. HUBERT PRIOR VALLEE, Also Known as RUDY VALLEE, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ROMEO W. AUERBACH and Others v. JACOB A. FINE and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the proposed case on appeal to be served on or before February 19, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MORRIS ROSNER v. JACOB REISBERG and Another, Impleaded, etc.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUNIUS M. GREEN v. THE WARDEN OF THE CITY PRISON.— Motion to dismiss appeal granted. Present — ·Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

I. MAURICE WORMSER, as Receiver, etc., v. NEWPORT ENGINEERING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THORFINNUR E. JONASSON and Another v. EAGLE FISH COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JOSEPH C. LANZETTA v. ALEXANDER CARLETON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISIDOR SCHNEIDER v. ISIDOR SAPCLSKY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BERTHA GYORGY v. BELT LINE RAILWAY CORPORATION, Impleaded, etc. IRME GYORGY v. BELT LINE RAILWAY CORPOPATION, Impleaded, etc.— Motion to dismiss appeal denied, with leave to renew if the appeal be not diligently prosecuted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

A. J. COURTMEL CO., INC., v. THE ALLIANCE REALTY COMPANY, Impleaded with CREST ENGINEERING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant Crest Engineering Corporation procure the proposed case on appeal to be served on or before February 19, 1931. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

DAVID RICHARDS v. McCLINTIC MARSHALL Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARJORIE OELRICHS, INC., v. 510 MADISON AVENUE CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BURTON S. CASTLES v. METROPOLITAN CASUALTY INSURANCE COMPANY OF